IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01794-BNB

CURT ALLEN SIGLER

    Plaintiff,

v.

JANE OR JOHN DOE # 1, an unidentified teller at an unknown branch of Chase Bank in Colorado,
JANE OR JOHN DOE # 2, an unidentified supervisor or branch manager at an unknown branch of Chase Bank in Colorado,
JP MORGAN CHASE BANK NA, the corporation company, and
JAMES DIMON,

    Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 21, 2010, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2010

GREGORY C. LANGHAM
               CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01794-BNB

Curt Allen Sigler
2121 1st Street South
St. Cloud, MN 56301

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/21/10

                                     GREGORY C. LANGHAM, CLERK

                                     By: _____
                                               Deputy Clerk