IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01794-LTB-BNB

CURT ALLEN SIGLER

    Plaintiff,

v.

JANE OR JOHN DOE # 1, an unidentified teller at an unknown branch of Chase Bank in Colorado,
JANE OR JOHN DOE # 2, an unidentified supervisor or branch manager at an unknown branch of Chase Bank in Colorado,
JP MORGAN CHASE BANK NA, the corporation company, and
JAMES DIMON,

    Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED October 25, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01794-LTB-BNB

Curt A. Sigler
2121 1st St. South
St. Cloud, MN 56301

US Marshal Service
Service Clerk
Service forms for: JP Morgan Chase Bank NA and James Dimon

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on JP Morgan Chase Bank NA and James Dimon: AMENDED COMPLAINT FILED 10/04/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/26/10.

                                           GREGORY C. LANGHAM, CLERK

                                       By:_____
                                                   Deputy Clerk