IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01794-LTB-BNB

CURT ALLEN SIGLER,

Plaintiff,

v.

JANE OR JOHN DOE #1,
JANE OR JOHN DOE #2,
JPMORGAN CHASE BANK NA,
THE CORPORATION COMPANY, and
JAMES DIMON,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion Petitioning the Court to Grant a Pacer Fee Exemption** [Doc. # 25, filed 03/16/2011] (the "Motion").  The Motion is DENIED.

The plaintiff states that he has an account set up on the court's electronic PACER system, but his access to PACER has been suspended until he makes payment on his account.  He requests that he be exempted from paying for PACER access because he is proceeding *in forma pauperis* under 28 U.S.C. § 1915.  Section 1915 does not provide for access to PACER.  Accordingly, the Motion is denied.

In addition, the plaintiff does not certify that he served a copy of the Motion on counsel for the defendants.  Copies of papers filed in this court must be served on counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed. R. Civ. P. 5.  Rule 5 provides that all pleadings filed after the original complaint and all written motions, notices,

demands, or any similar paper must be served on every party. Fed. R. Civ. P. 5(a). "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ." Fed. R. Civ. P. 5(b). Service upon other parties may be by mail. Id. Proof that service has been made is provided by a certificate of service. Id. at 5(d). This certificate should be filed along with the original papers and should show the day and manner of service. Id.

IT IS ORDERED:

(1)   The Motion is DENIED.

(2)   All papers shall be served on counsel for the defendants in accordance with Rule 5 and shall be accompanied by a proper Certificate of Service; and

(3)   Failure to comply with this order may result in sanctions, including dismissal of this case.

Dated April 5, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge