**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01794-LTB-BNB

CURT ALLEN SIGLER, SUI JURIS,

    Plaintiff,

v.

JP MORGAN CHASE BANK,
THE CORPORATION COMPANY, and
JAMES DIMON,

    Defendants.

---

**MINUTE ORDER**
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Motion to Withdraw (Doc 28 - filed September 1, 2011) is **GRANTED**.  April L. Jones is allowed to withdraw as counsel for Defendant JP Morgan Chase.  Defendant JP Morgan Chase will continue to be represented by Matthew Y. Biscan of Clisham, Satriana & Biscan, L.L.C.

Dated:  September 2, 2011

---