**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 10-cv-01794-LTB-BNB

CURT ALLEN SIGLER,

      Plaintiff,

v.

JANE OR JOHN DOE #1, an unidentified teller at an unknown branch of Chase Bank in Colorado,
JANE OR JOHN DOE #2, an unidentified supervisor or branch manager at an unknown branch of Chase Bank in Colorado,
JP MORGAN CHASE BANK NA,
THE CORPORATION COMPANY, and
JAMES DIMON,

      Defendants.

---

**ORDER**

---

This case is before me on the recommendations of the Magistrate Judge issued and served on September 22, 2011 (Docs 32, 33 and 35). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendations are accepted as follows:

1. Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) (Doc 14) is GRANTED IN PART and DENIED IN PART as follows:

   a. GRANTED to the extent it seeks dismissal of the Plaintiff's claim under the UCC as against the Doe defendants; and DENIED insofar

        as it seeks dismissal of the UCC claim as against JP Morgan Chase;

    b.    GRANTED insofar as it seeks dismissal of the Plaintiff's negligence claims; and

    c.    GRANTED to the extent it seeks dismissal of The Corporation Company.

2.    Plaintiff's Motion for Default Judgment Pursuant to Fed.R.Civ.P. 12(a)(1)(A)(ii) (Doc 20) is DENIED.

        BY THE COURT:

        s/Lewis T. Babcock  
        Lewis T. Babcock, Judge

DATED:    October 12, 2011