**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 10-cv-01794-LTB-BNB

CURT ALLEN SIGLER,

    Plaintiff,

v.

JANE OR JOHN DOE #1, an unidentified teller at an unknown branch of Chase Bank in Colorado,
JANE OR JOHN DOE #2, an unidentified supervisor or branch manager at an unknown branch of Chase Bank in Colorado,
JP MORGAN CHASE BANK NA,
THE CORPORATION COMPANY, and
JAMES DIMON,

    Defendants.

_____

**ORDER**
_____

On October 12, 2011, this Court entered its Order approving the Recommendations of the Magistrate Judge that Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) (Doc 14) be granted in part and denied in part as follows:

    a.    GRANTED to the extent it seeks dismissal of the Plaintiff's claim under the UCC as against the Doe defendants; and DENIED insofar as it seeks dismissal of the UCC claim against JP Morgan Chase;

    b.    GRANTED insofar as it seeks dismissal of the Plaintiff's negligence claims; and

        c.      GRANTED to the extent it seeks dismissal of The Corporation Company.

Plaintiff's Motion for Default Judgment pursuant to Fed.R.Civ.P. 12(a)(1)(ii) (Doc 20) was denied.

Plaintiff was advised by the Magistrate Judge's Recommendation that he had fourteen (14) days after service of the Recommendation to serve and file specific written objections and that failure to serve and file specific written objections waives *de novo* review to the Recommendation by the District Judge. The docket in the case reflects that the mailing of the Recommendation was returned as undeliverable on September 26, 2011, but was apparently successfully mailed to Plaintiff on September 28, 2011.

In his Objections to the Magistrate Judge's Recommendation (Doc 39) filed October 17, 2011, Plaintiff states that he did not receive the mailing until October 3, 2011. Fourteen days from September 28, 2011, expired on October 12, 2011, but his objections were not filed until October 17, 2011. Accordingly, the objections remain late filed barring *de novo* review of the Magistrate Judge's Recommendations.

IT IS THEREFORE ORDERED that the Recommendations remain approved by Order of this Court as set forth in the Order of October 12, 2011 (Doc 38).

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED:   October 19, 2011