**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 10-cv-01794-LTB-BNB

CURT ALLEN SIGLER,

       Plaintiff,

v.

JANE OR JOHN DOE #1, an unidentified teller at an unknown branch of Chase Bank in Colorado,
JANE OR JOHN DOE #2, an unidentified supervisor or branch manager at an unknown branch of Chase Bank in Colorado,
JP MORGAN CHASE BANK NA,
THE CORPORATION COMPANY, and
JAMES DIMON,

       Defendants.

---

**ORDER**

---

Upon Plaintiff's pro se Objection to Magistrate's Recommendations Pursuant to Fed. R. Civ. P. 72(b) (Doc 42 - filed October 26, 2011), it is

ORDERED that the Objection is DENIED AS MOOT as a result of the Orders entered by this Court on October 12, 2011 (Doc 38) and October 19, 2011 (Doc 40).

                                         BY THE COURT:

                                           s/Lewis T. Babcock
                                           Lewis T. Babcock, Judge

DATED:   October 27, 2011