IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 10-cv-01794-LTB-BNB

CURT ALLEN SIGLER,

    Plaintiff,

v.

JANE OR JOHN DOE #1, an unidentified teller at an unknown branch of Chase Bank in Colorado,
JANE OR JOHN DOE #2, an unidentified supervisor or branch manager at an unknown branch of Chase Bank in Colorado,
JP MORGAN CHASE BANK NA,
THE CORPORATION COMPANY, and
JAMES DIMON,

    Defendants.
_____

## ORDER
_____

    Plaintiff shall show cause within 14 days why the "Amended Complaint" (Doc. 49) should not be stricken for failure to move to amend pursuant to Fed. R. Civ. P. 15.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:  November 14, 2011