IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01794-LTB-BNB

CURT ALLEN SIGLER,

Plaintiff,

v.

JPMORGAN CHASE BANK NA,

Defendants.

_____

# ORDER
_____

This matter arises on the plaintiff's tendered **Amended Complaint** [Doc. #49, filed 11/10/2011].  The proposed Amended Complaint is STRICKEN.

The plaintiff has submitted a proposed amended complaint which adds defendants and claims.  He states that he is submitting the proposed amended complaint "by the permission Magistrate Judge Boland at the Scheduling Conference."  *Proposed Amended Complaint*, p 1.  The proposed amended complaint is not accompanied by a motion.

At the Scheduling Conference, I informed the plaintiff that in order to add parties, he must file a motion to amend his Complaint; the motion must state who the additional defendants are; why they are being added; and why he has delayed adding the parties.  I further informed the plaintiff that he must attach to the motion a copy of the proposed amended complaint.

The plaintiff did not file a motion to amend his Complaint.  He simply submitted the proposed amended complaint.y

IT IS ORDERED that the proposed Amended Complaint [Doc. # 49] is STRICKEN.


Dated April 4, 2012.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge