**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 10-cv-01794-LTB-BNB

CURT ALLEN SIGLER,

       Plaintiff,

v.

JP MORGAN CHASE BANK NA,

       Defendant.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on April 4, 2012 (Doc 80). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Plaintiff's Motions (Docs 54, 61, 62, and 63) are DENIED.

                                                  BY THE COURT:

                                                    s/Lewis T. Babcock
                                                  Lewis T. Babcock, Judge

DATED:   April 23, 2012