**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 10-cv-01794-LTB-BNB

CURT ALLEN SIGLER,

      Plaintiff,

v.

JP MORGAN CHASE BANK NA,

      Defendant.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on November 8, 2012 (Doc 136). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendant's Motion for Sanctions (Doc 117) is GRANTED and this action is DISMISSED WITH PREJUDICE due to the Plaintiff's abuse of the judicial system and his repeated failures to comply with applicable rules and orders of the Court.

                                                  BY THE COURT:

                                                    s/Lewis T. Babcock
                                                  Lewis T. Babcock, Judge

DATED:   November 28, 2012