IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-01794-LTB-BNB

CURT ALLEN SIGLER,

    Plaintiff,

v.

JP MORGAN CHASE BANK NA,

    Defendant.

___

# FINAL JUDGMENT

___

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered throughout the course of proceedings in this case, the following final judgment is hereby entered.

I.    PURSUANT to and in accordance with the Order entered by the Honorable Lewis T. Babcock on October 12, 2011, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) is GRANTED to the extent it seeks dismissal of the Plaintiff's claim under the UCC as against the Doe defendants.  It is

FURTHER ORDERED that Defendants' Motion to Dismiss is GRANTED insofar as it seeks dismissal of the Plaintiff's negligence claims.  It is

FURTHER ORDERED that Defendants' Motion to Dismiss is GRANTED to the extent it seeks dismissal of The Corporation Company.

II.	PURSUANT to and in accordance with the Order entered by the Honorable Lewis T. Babcock on November 28, 2012, and incorporated herein by reference as if fully set forth, it is

ORDERED that the recommendation is ACCEPTED.  It is

FURTHER ORDERED that Defendant's Motion for Sanctions is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, JP Morgan Chase Bank NA, and against Plaintiff, Curt Allen Sigler.  It is

FURTHER ORDERED that Plaintiff's Second Amended Complaint and this civil action are DISMISSED WITH PREJUDICE due to the Plaintiff's abuse of the judicial system and his repeated failures to comply with applicable rules and orders of the Court.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

DATED at Denver, Colorado this  29th  day of November, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk