# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Action No. 10-cv-01794-LTB-BNB

CURT ALLEN SIGLER,

    Plaintiff,

v.

JP MORGAN CHASE BANK NA,

    Defendant.

_____

# ORDER
_____

Upon Plaintiff's Motion to Reconsider (Doc 140 - filed December 20, 2012), and review of the file, it is

ORDERED that the Motion is DENIED.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED:   December 20, 2012