IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01794-LTB-BNB

CURT ALLEN SIGLER,

Plaintiff,

v.

JPMORGAN CHASE BANK NA,

Defendant.

_____

## ORDER
_____

This matter arises on the following papers filed by the plaintiff:

(1) **Motion to Join and Amend** [Doc. #153, filed 06/24/2014]; and

(2) **Emergency Ex-Parte Order** [Doc. #154, filed 06/24/2014].

The plaintiff seeks to amend the Complaint. He also seeks injunctive relief. However, this action was dismissed with prejudice on November 28, 2012, due to the plaintiff's abuse of the judicial system and his repeated failures to comply with applicable rules and orders of the court [Doc. #138]. The plaintiff may not file any further papers in this action.

In addition, the "Emergency Ex-Parte Order" was filed under restriction. The plaintiff did not file a motion to restrict access, nor did he comply with the requirements of D.C.COLO.LCivR 7.2. I have reviewed the paper, and I do not find any justification for restricting public access to it. Accordingly,

IT IS ORDERED:

(1) The Motion to Join and Amend [Doc. #153] is STRICKEN;

(2)  The "Emergency Ex-Parte Order" [Doc. #154] shall be unrestricted and open to public inspection; and

(3)  The "Emergency Ex-Parte Order" [Doc. #154] is STRICKEN.

Dated July 9, 2014.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge