IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01794-LTB-BNB

CURT ALLEN SIGLER,

Plaintiff,

v.

JPMORGAN CHASE BANK NA,

Defendant.

_____

**ORDER**
_____

This matter arises on a letter filed by the plaintiff on September 29, 2014 [Doc. #157] (the "Letter"). The Letter is STRICKEN.

The plaintiff seeks an order reopening this action. He claims that the action was dismissed because "it was claimed [he] didn't answer a filing." He attempts to show that his failure was not his fault. To the contrary, the action was not dismissed because the plaintiff failed to file a response; it was dismissed with prejudice on November 28, 2012, due to the plaintiff's egregious abuse of the judicial system and his repeated failures to comply with applicable rules and orders of the court [Doc. #138]. The plaintiff has continued his abusive behavior by filing frivolous motions to reopen the action. On July 9, 2014, I informed the plaintiff that he may not file any further papers in this action. The dismissal of this case and my order to cease filing papers notwithstanding, the plaintiff is continuing his abusive behavior.

IT IS ORDERED:

(1) The Letter is STRICKEN; and

(2)  Any further filings by the plaintiff will be summarily stricken.

Dated October 9, 2014.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge